Norris *v.* National Commercial Mutual Fire Insurance Company of North America, Appellant.

Argued November 21, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, JONES and COHEN, JJ.

118

*Max W. Gibbs,* for appellant.

*Horace Michener Schell,* with him *R. Paul Lessy* and *Sydney C. Orlofsky,* for appellee.

OPINION PER CURIAM, January 6, 1958:

The judgment of the Court below is affirmed.